EXHIBIT D

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| Claims | Evidence |
|---|---|
| 1. A mobile phone system, comprising: a Bluetooth radio frequency transceiver configured to wirelessly communicate with adjacent mobile wireless communication devices; | Samsung mobile phones, such as (for example) the Samsung Galaxy Note 20 5G, utilize a mobile phone system, comprising a Bluetooth radio frequency transceiver configured to wirelessly communicate with adjacent mobile wireless communication devices.<br><br>Samsung offers a technology named "SmartThings Find" (see, *e.g.*, Ref. 2; Ref. 3; Ref. 4) "that helps you quickly and easily locate Galaxy devices" (Ref. 2), which include mobile phone systems.<br><br>Similarly, another document explains that SmartThings Find "lets Samsung customers quickly locate registered Galaxy devices including smartphones, tablets, smartwatches and earbuds" (Ref. 4).<br><br>Furthermore, "Samsung will further expand these capabilities to tracking tags, which will help users locate their favorite items, not only for Galaxy devices, but also others as well" (Ref. 2).<br><br>Indeed, it has been emphasized that SmartThings Find "can also locate your personal things like keys and wallet after attaching them with Galaxy SmartTag or SmartTag+" (Ref. 4).<br><br>In short, Samsung "will also make this functionality available to tracking tags, this will help users locate their favorite items, other than Galaxy devices" (Ref. 5).<br><br>Moreover, "On July 14 [2022], Samsung disclosed that the rapidly growing SmartThings Find service is now comprised of more than 200 million find nodes" (Ref. 4) (clarifying material in square brackets added here).  It is further explained that, by definition, "Find nodes are devices that have been registered on the SmartThings Find service" (Ref. 4).<br><br>In fact, it has been stated that "Smart[T]hings [is] one of the fastest growing services at Samsung" (Ref. 4) (clarifying material in square brackets added here).<br><br>Samsung documentation advertises that "With the SmartThings Find service, you can easily locate your missing device even if it's offline...Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices" (excerpted from Ref. 2).  As a reminder, in this context, the arrangement of letters "BLE" is an acronym for "Bluetooth Low Energy" (see, *e.g.*, Ref. 2). |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

<table>
<tr>
<td></td>
<td>A variety of Samsung Galaxy products have Bluetooth capability.  As only a few examples, it has been revealed that both the "Samsung Galaxy Note20 5G" (Ref. 1) and the "Galaxy Note20 Ultra 5G" (Ref. 1) include Bluetooth connectivity (see, *e.g.*, Ref. 1).

In fact, Samsung has explained that "SmartThings Find uses Bluetooth Low Energy (BLE)...to help people find select Galaxy smartphones, tablets, smartwatches and earbuds" (excerpted from Ref. 2) (parenthetical insertion in the original).

Samsung Galaxy Note20 5G / Galaxy Note20 Ultra 5G - Turn Bluetooth On / Off

1. From a Home screen, swipe up to access the apps screen.
   → These instructions only apply to <u>Standard mode</u> the default <u>Home screen layout</u>.
2. Navigate: **Settings** ⚙ > **Connections** > **Bluetooth**.
3. Tap the **Bluetooth switch** to turn on 🔵 or off ⚪.
   → The device is visible to nearby devices while the Bluetooth® settings screen is open and Bluetooth is turned on.

 Related Topics:

   - <u>Connect your Vehicle to Bluetooth</u>
   - <u>Create a Paired Connection - Windows®</u>
   - <u>Create a Paired Connection - Macintosh® OS X</u>

<u>https://www.verizon.com/support/knowledge-base-232939/</u></td>
</tr>
<tr>
<td>a cellular wireless transceiver;</td>
<td>Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising a cellular wireless transceiver. *See, e.g.,* <u>https://www.gsmarena.com/samsung_galaxy_note20_5g-10325.php</u></td>
</tr>
<tr>
<td>a global positioning system device; and</td>
<td>Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising a global positioning system device.

It is well-known that many Samsung Galaxy products include GPS-based location capability.  For instance, Reference 6 shows how to set up a Galaxy device location modality using "GPS and Wi-Fi"; using "Wi-Fi only"; or using "GPS only."</td>
</tr>
</table>

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

<table>
<tr>
<td></td>
<td colspan="4">Samsung Galaxy Note20 5G / Galaxy Note20 Ultra 5G - Turn GPS Location On / Off

⬦ Satellite or standalone GPS services require more power and have a greater effect on battery life.

1. From a Home screen, swipe up to access the apps screen.<br>→ These instructions only apply to <u>Standard mode</u> and the default <u>Home screen layout</u>.
2. Navigate: **Settings** ⚙ > **Location**.
3. Tap the **Location switch** to turn on 🔵 or off ⚪.<br>→ If presented, review the Location consent disclaimer then tap **Agree**.
4. If preferred, tap **Improve accuracy** then tap 'Wi-Fi scanning' or 'Bluetooth scanning' to turn on or off.<br>→ If applicable, the <u>GPS mode</u> can be customized.

https://www.verizon.com/support/knowledge-base-232941/</td>
</tr>
<tr>
<td>at least one automated processor configured to:</td>
<td colspan="4">Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor.</td>
</tr>
<tr>
<td></td>
<td>**PLATFORM**</td>
<td><u>OS</u></td>
<td>Android 10, upgradable to Android 11, One UI 3.0</td>
</tr>
<tr>
<td></td>
<td></td>
<td><u>Chipset</u></td>
<td>Exynos 990 (7 nm+) - Global<br>Qualcomm SM8250 Snapdragon 865 5G+ (7 nm+) - USA</td>
</tr>
<tr>
<td></td>
<td></td>
<td><u>CPU</u></td>
<td>Octa-core (2x2.73 GHz Mongoose M5 & 2x2.50 GHz Cortex-A76 & 4x2.0 GHz Cortex-A55) - Global<br>Octa-core (1x3.0 GHz Kryo 585 & 3x2.42 GHz Kryo 585 & 4x1.8 GHz Kryo 585) - USA</td>
</tr>
<tr>
<td></td>
<td></td>
<td><u>GPU</u></td>
<td>Mali-G77 MP11 - Global<br>Adreno 650 - USA</td>
</tr>
<tr>
<td></td>
<td colspan="4">https://www.gsmarena.com/samsung_galaxy_note20_5g-10325.php</td>
</tr>
<tr>
<td>control the Bluetooth radio frequency transceiver to</td>
<td colspan="4">Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor configured to control the Bluetooth radio frequency transceiver to directly receive at least an identification from the adjacent mobile wireless communication devices.</td>
</tr>
</table>

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| directly receive at least an identification from the adjacent mobile wireless communication devices; | **Offline Doesn't Mean "Off-The-Grid"**<br><br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung has explained that "SmartThings Find uses Bluetooth Low Energy (BLE)...to help people find select Galaxy smartphones, tablets, smartwatches and earbuds" (excerpted from Ref. 2) (parenthetical insertion in the original).<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom (Ref. 2) |
| control the Bluetooth radio frequency transceiver to directly transmit at least an identification to the adjacent mobile wireless communication devices; | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor configured to control the Bluetooth radio frequency transceiver to directly transmit at least an identification to the adjacent mobile wireless communication devices.<br><br>For example, this is evidenced by the fact that the BLE signal a mobile device transmits allows that device to be identified.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br><br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner. |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | Samsung has explained that "SmartThings Find uses Bluetooth Low Energy (BLE)...to help people find select Galaxy smartphones, tablets, smartwatches and earbuds" (excerpted from Ref. 2) (parenthetical insertion in the original).<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom (Ref. 2) |
|---|---|
| record the identification of the adjacent mobile wireless communication devices received through the Bluetooth radio frequency transceiver, along with a time and a determined global location of the communication determined by the global positioning system device; | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor configured to record the identification of the adjacent mobile wireless communication devices received through the Bluetooth radio frequency transceiver, along with a time and a determined global location of the communication determined by the global positioning system device.<br><br>For example, this is evidenced by the fact that the SmartThings Find service alerts a mobile device owner regarding the device's location.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find



[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

The SmartThings Find technology reports the identification of the specific object being sought, the time that it was found, and the location that this lost object occupies (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5). For instance, it has been written that "Samsung customers quickly locate registered Galaxy devices" (Ref. 4). Clearly, in order for the registration to be useful, it must necessarily include the identification of the lost object.

In addition, the SmartThings Find technology indicates the time that the object was located.  For example, in a screen shot included with Reference 5, notice that the time indicated is 12:45 PM on August 20th.

And, the SmartThings Find technology indicates the location of the lost object.  In the example discussed immediately above, the screen shot indicates that the location of the lost item is 2340 Jackson Street in Bakersfield.

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| transmit the identification received from the adjacent mobile wireless communication devices along with the time and the determined global location of the communication to a remote automated searchable database through the cellular wireless transceiver; and | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor configured to transmit the identification received from the adjacent mobile wireless communication devices along with the time and the determined global location of the communication to a remote automated searchable database through the cellular wireless transceiver.<br><br>For example, this is evidenced by the fact that the SmartThings Find service alerts a mobile device owner regarding the device's location.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices <mark>can alert the Samsung server about its location,</mark> which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find



[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

As detailed earlier in this patent claim chart, the SmartThings Find technology reports the identification of the specific object being sought, the time that it was found, and the location that this lost object occupies (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  For instance, it has been written that "Samsung customers quickly locate registered Galaxy devices" (Ref. 4).  Clearly, in order for the registration to be useful, it must necessarily include the identification of the lost object.

In addition, the SmartThings Find technology indicates the time that the object was located.  For example, in a screen shot included with Reference 5, notice that the time indicated is 12:45 PM on August 20th.

And, the SmartThings Find technology indicates the location of the lost object.  In the example discussed immediately above, the screen shot indicates that the location of the lost item is 2340 Jackson Street in Bakersfield.

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| a graphic display configured to present a global positioning system referenced map, and to display location information received through the cellular wireless transceiver on the graphic display, | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising a graphic display configured to present a global positioning system referenced map, and to display location information received through the cellular wireless transceiver on the graphic display.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom<br><br>Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  In fact, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2).  And, as can be seen in, for example, the screenshots included in Ref. 3 and in Ref. 5, the requisite location is indicated with a corresponding icon at a specific map location.<br><br>Similarly, it has been stated that "Your devices will appear on a map so you can easily keep an eye on their locations" (Ref. 4).  This same document reminds user that "You'll see a map containing the devices you selected" (Ref. 4).<br><br>Further, Samsung expressly states that their SmartThings Find technology can be employed "in conjunction with maps...to guide you back to your devices" (excerpted from Ref. 2).  Samsung goes on to detail that "Locating your missing device is a breeze with integrated map directions" (Ref. 2). |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| |   [Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#) |
| wherein the remote automated searchable database is adapted: to receive information from the mobile phone system to search and map the determined global locations | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising a remote automated searchable database adapted to receive information from the mobile phone system to search and map the determined global locations where the adjacent mobile wireless communication devices were detected.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert ==the Samsung server about its location, which will in turn notify you==. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner. |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| where the adjacent mobile wireless communication devices were detected; | [Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom](#)<br><br><br><br>[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)<br><br>As explained in the section associated with the claim element immediately above, Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  Similarly, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2). |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

<table>
<tr>
<td></td>
<td>As detailed earlier in this patent claim chart, the SmartThings Find technology reports the identification of the specific object being sought, the time that it was found, and the location that this lost object occupies (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).

In particular, the SmartThings Find technology indicates the time that the object was located.  For example, in a screen shot included with Reference 5, notice that the time indicated is 12:45 PM on August 20th.

And, the SmartThings Find technology indicates the location of the lost object.  In the example discussed immediately above, the screen shot indicates that the location of the lost item is 2340 Jackson Street in Bakersfield.</td>
</tr>
<tr>
<td>to receive further information from a plurality of different mobile phone systems comprising time, global location, and identification of respective adjacent mobile wireless communication devices; and</td>
<td>Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising a remote automated searchable database adapted to receive further information from a plurality of different mobile phone systems comprising time, global location, and identification of respective adjacent mobile wireless communication device.

**Offline Doesn't Mean "Off-The-Grid"**
With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, ==it produces a BLE signal that can be received by other devices==. If you report your device as lost via SmartThings Find, ==any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location==, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.

Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom</td>
</tr>
</table>

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find



[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

| | |
|---|---|
| to transmit location information from the database to the mobile phone system for display on the global positioning system referenced map. | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising a remote automated searchable database adapted to transmit location information from the database to the mobile phone system for display on the global positioning system referenced map.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner. |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

[Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom](#)




[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  In fact, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2).  And, as can be seen in, for example, the screenshots included in Ref. 3 and in Ref. 5, the requisite location is indicated with a corresponding icon at a specific map location.

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

|  | Similarly, it has been stated that "Your devices will appear on a map so you can easily keep an eye on their locations" (Ref. 4).  This same document reminds user that "You'll see a map containing the devices you selected" (Ref. 4).<br><br>Further, Samsung expressly states that their SmartThings Find technology can be employed "in conjunction with maps...to guide you back to your devices" (excerpted from Ref. 2).  Samsung goes on to detail that "Locating your missing device is a breeze with integrated map directions" (Ref. 2). |
|---|---|
| 2. The mobile phone system according to claim 1, wherein the at least one automated processor is further configured to display a location where a respective adjacent mobile wireless communication device was detected on the map. | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor is further configured to display a location where a respective adjacent mobile wireless communication device was detected on the map.<br><br><br><br>Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

|  | Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  In fact, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2).  And, as can be seen in, for example, the screenshots included in Ref. 3 and in Ref. 5, the requisite location is indicated with a corresponding icon at a specific map location.<br><br>Similarly, it has been stated that "Your devices will appear on a map so you can easily keep an eye on their locations" (Ref. 4).  This same document reminds user that "You'll see a map containing the devices you selected" (Ref. 4).<br><br>Further, Samsung expressly states that their SmartThings Find technology can be employed "in conjunction with maps...to guide you back to your devices" (excerpted from Ref. 2).  Samsung goes on to detail that "Locating your missing device is a breeze with integrated map directions" (Ref. 2). |
| --- | --- |
| 3. The mobile phone system according to claim 1, wherein the at least one automated processor is further configured to perform mobile ad hoc surveillance of phones by transmitting through the cellular wireless transceiver data from another mobile phone | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor configured to perform mobile ad hoc surveillance of phones by transmitting through the cellular wireless transceiver data from another mobile phone system received through the Bluetooth radio frequency transceiver.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| system received through the Bluetooth radio frequency transceiver. |    [Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#) |
| 4. The mobile phone system according to claim 1, wherein the Bluetooth radio frequency transceiver is configured to periodically wirelessly receive an identifier of a | On information and belief, Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system wherein the Bluetooth radio frequency transceiver is configured to periodically wirelessly receive an identifier of a respective adjacent mobile wireless communication device.<br><br>For example, on information and belief, once a device has been off-line for 30 minutes, it will periodically produce a BLE signal.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| respective adjacent mobile wireless communication device. | location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner. |
| 5. The mobile phone system according to claim 1, wherein the at least one automated processor is further configured to store all received identifiers along with a respective time and a respective determined global location of the communication of a respective received identifier. | On information and belief, Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a mobile phone system comprising at least one automated processor configured to store all received identifiers along with a respective time and a respective determined global location of the communication of a respective received identifier.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |
| 6. A method for tracking a mobile device, comprising: | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.

Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method for tracking a mobile device.

**Offline Doesn't Mean "Off-The-Grid"**
With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.

Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom

Samsung offers a technology named "SmartThings Find" (see, *e.g.*, Ref. 2; Ref. 3; Ref. 4) "that helps you quickly and easily locate Galaxy devices" (Ref. 2).

Similarly, another document explains that SmartThings Find "lets Samsung customers quickly locate registered Galaxy devices including smartphones, tablets, smartwatches and earbuds" (Ref. 4).

Furthermore, "Samsung will further expand these capabilities to tracking tags, which will help users locate their favorite items, not only for Galaxy devices, but also others as well" (Ref. 2).

Indeed, it has been emphasized that SmartThings Find "can also locate your personal things like keys and wallet after attaching them with Galaxy SmartTag or SmartTag+" (Ref. 4).

In short, Samsung "will also make this functionality available to tracking tags, this will help users locate their favorite items, other than Galaxy devices" (Ref. 5).

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| | Moreover, "On July 14 [2022], Samsung disclosed that the rapidly growing SmartThings Find service is now comprised of more than 200 million  find nodes" (Ref. 4) (clarifying material in square brackets added here).  It is further explained that, by definition, "Find nodes are devices that have been registered on the SmartThings Find service" (Ref. 4).<br><br>In fact, it has been stated that "Smart[T]hings [is] one of the fastest growing services at Samsung" (Ref. 4) (clarifying material in square brackets added here). |
| communicating an identification directly between the mobile device and an adjacent mobile device using a Bluetooth transceiver; | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method for tracking a mobile device, comprising communicating an identification directly between the mobile device and an adjacent mobile device using a Bluetooth transceiver.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom<br><br>Samsung documentation advertises that "With the SmartThings Find service, you can easily locate your missing device even if it's offline...Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices" (excerpted from Ref. 2).  As a reminder, in this context, the arrangement of letters "BLE" is an acronym for "Bluetooth Low Energy" (see, *e.g.*, Ref. 2).<br><br>A variety of Samsung Galaxy products have Bluetooth capability.  As only a few examples, it has been revealed that both the "Samsung Galaxy Note20 5G" (Ref. 1) and the "Galaxy Note20 Ultra 5G" (Ref. 1) include Bluetooth connectivity (see, *e.g.*, Ref. 1). |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| | In fact, Samsung has explained that "SmartThings Find uses Bluetooth Low Energy (BLE)...to help people find select Galaxy smartphones, tablets, smartwatches and earbuds" (excerpted from Ref. 2) (parenthetical insertion in the original). |
| automatically determining a location of the mobile device with a GPS geolocation system; | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes automatically determining a location of the mobile phone with a GPS geolocation system.<br><br>**Easily Find More of Your Devices**<br>After completing a quick registration process, SmartThings users can easily find their Galaxy devices – from smartphones, tablets and smartwatches, down to each individual earbud. Whether you dropped your Galaxy Note20 Ultra behind the sofa, can't remember where you stashed your Galaxy Buds Live, or left your Galaxy Watch3 somewhere so secure you can't find it, the SmartThings Find service will help you keep more of your Galaxy devices safe through the easy-to-use SmartThings app.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom<br><br>It is well-known that many Samsung Galaxy product include GPS-based location capability.  For instance, Reference 6 shows how to set up a Galaxy device location modality using "GPS and Wi-Fi"; using "Wi-Fi only"; or using "GPS only." |
| recording the received identification of the respective adjacent mobile devices along with a time and the location of the mobile device at a time of the received identification; | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes recording the received identification of the respective adjacent mobile phones along with a time and the location of the mobile phone at a time of the received identification.<br><br>This is evidenced, for example, by the fact that a Samsung mobile phone can alert the Samsung server about the location of detected off-line devices.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

|  | location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom<br><br>  <br><br>Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans<br><br>The SmartThings Find technology reports the identification of the specific object being sought, the time that it was found, and the location that this lost object occupies (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5). For instance, it has been written that "Samsung customers quickly locate registered Galaxy devices" (Ref. 4). Clearly, in order for the registration to be useful, it must necessarily include the identification of the lost object. |
|---|---|

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

|  | In addition, the SmartThings Find technology indicates the time that the object was located.  For example, in a screen shot included with Reference 5, notice that the time indicated is 12:45 PM on August 20th.<br><br>And, the SmartThings Find technology indicates the location of the lost object.  In the example discussed immediately above, the screen shot indicates that the location of the lost item is 2340 Jackson Street in Bakersfield. |
|---|---|
| transmitting the received identification along with the time and the location of the communication to a remote automated searchable database through a cellular phone connection as a database record; and | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes transmitting the received identification along with the time and the location of the communication to a remote automated searchable database through a cellular phone connection as a database record.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find



[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

As detailed earlier in this patent claim chart, the SmartThings Find technology reports the identification of the specific object being sought, the time that it was found, and the location that this lost object occupies (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  For instance, it has been written that "Samsung customers quickly locate registered Galaxy devices" (Ref. 4).  Clearly, in order for the registration to be useful, it must necessarily include the identification of the lost object.

In addition, the SmartThings Find technology indicates the time that the object was located.  For example, in a screen shot included with Reference 5, notice that the time indicated is 12:45 PM on August 20th.

And, the SmartThings Find technology indicates the location of the lost object.  In the example discussed immediately above, the screen shot indicates that the location of the lost item is 2340 Jackson Street in Bakersfield.

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| displaying an icon at location on a map selectively dependent on a communication received from the remote automated searchable database, | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes displaying an icon at location on a map selectively dependent on a communication received from the remote automated searchable database.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert <mark>the Samsung server about its location, which will in turn notify you</mark>. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find



[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  In fact, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2).  And, as can be seen in, for example, the screenshots included in Ref. 3 and in Ref. 5, the requisite location is indicated with a corresponding icon at a specific map location.

Similarly, it has been stated that "Your devices will appear on a map so you can easily keep an eye on their locations" (Ref. 4).  This same document reminds user that "You'll see a map containing the devices you selected" (Ref. 4).

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| | Further, Samsung expressly states that their SmartThings Find technology can be employed "in conjunction with maps...to guide you back to your devices" (excerpted from Ref. 2).  Samsung goes on to detail that "Locating your missing device is a breeze with integrated map directions" (Ref. 2). |
| wherein the remote automated searchable database comprises information to search and map the locations where any respective adjacent mobile devices were at the time they were detected and information to search and map a location where a respective adjacent mobile device was at a time it detected the mobile device. | Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes a remote automated searchable database that comprises information to search and map the locations where any respective adjacent mobile devices were at the time they were detected and information to search and map a location where a respective adjacent mobile device was at a time it detected the mobile device.<br><br>This is evidenced, for example, by the fact that the Samsung server can map search and map the location of a detected off-line mobile device based on the location of the mobile device that detected the off-line device.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find



[Samsung launched SmartThings Find service, to easily locate your missing Galaxy devices - Sammy Fans](#)

As explained in the section associated with the claim element immediately above, Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  Similarly, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2).

It is also explained that "SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices...If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you" (excerpted from Ref. 2).  This "Samsung server" houses the "remote automated searchable database" recited in this portion of the patent claim.

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| | As detailed earlier in this patent claim chart, the SmartThings Find technology reports the identification of the specific object being sought, the time that it was found, and the location that this lost object occupies (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).<br><br>In particular, the SmartThings Find technology indicates the time that the object was located.  For example, in a screen shot included with Reference 5, notice that the time indicated is 12:45 PM on August 20th.<br>And, the SmartThings Find technology indicates the location of the lost object.  In the example discussed immediately above, the screen shot indicates that the location of the lost item is 2340 Jackson Street in Bakersfield. |
| 8. The method according to claim 6, wherein the mobile device comprises a graphic display, further comprising displaying a location where the adjacent mobile device was detected on the map. | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes a graphic display that display a location where the adjacent mobile device was detected on the map.<br><br>Samsung's SmartThings Find technology includes the capability to show the location on a map of the lost Galaxy device (see, *e.g.*, screenshots included in Ref. 3 and in Ref. 5).  In fact, in a companion document, Samsung reveals that "Your smartphone will then show you the exact location of your device on a map" (Ref. 2).  And, as can be seen in, for example, the screenshots included in Ref. 3 and in Ref. 5, the requisite location is indicated with a corresponding icon at a specific map location.<br><br>Similarly, it has been stated that "Your devices will appear on a map so you can easily keep an eye on their locations" (Ref. 4).  This same document reminds user that "You'll see a map containing the devices you selected" (Ref. 4). |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| | Further, Samsung expressly states that their SmartThings Find technology can be employed "in conjunction with maps...to guide you back to your devices" (excerpted from Ref. 2).  Samsung goes on to detail that "Locating your missing device is a breeze with integrated map directions" (Ref. 2). |
| 9. The method according to claim 6, further comprising performing mobile ad hoc surveillance of respective adjacent mobile device by transmitting through the cellular phone connection, to the remote automated searchable database, data from the respective adjacent mobile devices received through the Bluetooth radio frequency transceiver. | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes performing mobile ad hoc surveillance of respective adjacent mobile device by transmitting through the cellular phone connection, to the remote automated searchable database, data from the respective adjacent mobile devices received through the Bluetooth radio frequency transceiver.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom |
| 10. The method according to claim 6, | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| wherein the Bluetooth radio frequency transceiver periodically wirelessly receives the identification from the adjacent mobile devices. | accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>On information and belief, Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method that includes the Bluetooth radio frequency transceiver periodically wirelessly receiving the identification from the adjacent mobile devices.<br><br>For example, on information and belief, when a Samsung device has been offline for 30 minutes, it periodically produces a BLE signal that is, in turn, periodically received by nearby Samsung devices.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom<br><br>Samsung documentation advertises that "With the SmartThings Find service, you can easily locate your missing device even if it's offline...Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices" (excerpted from Ref. 2).  As a reminder, in this context, the arrangement of letters "BLE" is an acronym for "Bluetooth Low Energy" (see, *e.g.*, Ref. 2). |
| 12. The method according to claim 6, | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

| | |
|---|---|
| wherein the remote automated searchable database is a centralized community search database. | accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>Samsung has revealed that "If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location" (Ref. 2).  This "Samsung server" houses the "remote automated searchable database" recited in this portion of the patent claim.<br><br>And, the above-listed "Samsung server" is "centralized" as recited in this patent claim.<br><br>Furthermore, the other users that have "opted into helping find misplaced devices" (Ref. 2) constitute the population of the "community search database" recited in this portion of the patent claim. |
| 14. The method according to claim 6, wherein the remote automated searchable database has received identifications from a plurality of mobile devices. | On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the Defendant's accused instrumentalities on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the functionality of the accused instrumentality as described herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users.<br><br>Samsung mobile phones, such as the Samsung Galaxy Note 20 5G, utilize a method wherein the remote automated searchable database has received identifications from a plurality of mobile devices.<br><br>**Offline Doesn't Mean "Off-The-Grid"**<br>With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be |

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

|  | received by other devices. If you report your device as lost via SmartThings Find, <mark>any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location</mark>, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.<br><br>[Samsung Launches SmartThings Find, a New Way To Quickly and Easily Locate Your Galaxy Devices – Samsung Global Newsroom](#)<br><br>Samsung has revealed that "If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location" (Ref. 2).<br><br>And, to the extent that more than one user—each having at least one Galaxy mobile device so configured—has "opted into helping find misplaced devices" (Ref. 2), then this claim limitation is satisfied. |
|---|---|

## REFERENCES CITED

Ref. 1:  Verizon, "Samsung Galaxy Note20 5G/Galaxy Note20 Ultra 5G–Turn Bluetooth On/Off"; available at https://www.verizon.com/support/knowledge-base-232939/; accessed January 06, 2023.


Ref. 2:  Samsung Newsroom, "Samsung Launches SmartThings Find, A New Way To Quickly And Easily Locate Your Galaxy Devices", October 30, 2020; available at https://news.samsung.com/global/samsung-launches-smartthings-find-a-new-way-to-quickly-and-easily-locate-your-galaxy-devices; accessed January 06, 2023.


Ref. 3:  Mohit Bharti, "How You Can Find Your Lost Galaxy Device Using Samsung SmartThings Find?", February 1, 2022; available at https://www.sammyfans.com/2022/02/01/find-your-lost-galaxy-device-using-samsung-smartthings-find/; accessed January 06, 2023.

Preliminary comparison of U.S. Patent No. 11,086,929 to Samsung SmartThings Find

Ref. 4:  James Lee Taylor, "Samsung SmartThings Find Reaches 200 Million Nodes", July 15, 2022; available at https://www.sammyfans.com/2022/07/15/samsung-smartthings-find-reaches-200-million-nodes/; accessed January 06, 2023.

Ref. 5:  Chanakya Shrutam, "Samsung Launched SmartThings Find Service, To Easily Locate Your Missing Galaxy Devices", October 30, 2020; available at https://www.sammyfans.com/2020/10/30/smartthings-find-service-locate-your-missing-galaxy-device/; accessed January 06, 2023.

Ref. 6:  Samsung, "[Galaxy Tab A] What Location Settings (GPS) Are Available?", January 13, 2018; available at https://www.samsung.com/my/support/mobile-devices/galaxy-tab-a-what-location-settings-gps-are-available/; accessed January 06, 2023.